James A. HEBERER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 101259

Missouri Court of Appeals
Eastern District
Division Three

Filed: November 12, 2014

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899, Attorneys for Respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

## ORDER

PER CURIAM.

James Heberer appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. We find the motion court's findings of fact and conclu-

sions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).